PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JUSTIN L. MARTIN, Missouri State Bar No. 62255
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (206) 615-3735
Email: Justin.L.Martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TIMOTHY WARREN ROSSOW,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>  Defendant. | CIVIL NO. 2:24-cv-01597-DMC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will instruct the administrative law judge (ALJ) to reevaluate Plaintiff's ability to perform a significant number of jobs at step five, obtaining vocational evidence regarding the number of jobs available; take any further action

STIPULATION TO REMAND; 2:24-cv-01597-DMC

needed to complete the administrative record; offer Plaintiff an opportunity for a hearing; and issue a new decision.

  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                 Respectfully submitted,

DATE:  August 9, 2024     /s/ Francesco Paulo Benavides*
                 FRANCESCO PAULO BENAVIDES
                 Attorney for Plaintiff
                 *Authorized via e-mail on August 9, 2024

                 PHILLIP A. TALBERT
                 United States Attorney

                 MATHEW W. PILE
                 Associate General Counsel
                 Office of Program Litigation, Office 7

DATE: August 9, 2024      By: /s/ *Justin L. Martin*
                 JUSTIN L. MARTIN
                 Special Assistant United States Attorney
                 Office of Program Litigation, Office 7

                 Attorneys for Defendant

**ORDER**

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

Dated:  August 15, 2024



_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND; 2:24-cv-01597-DMC